UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY H. ROSEN et al.,

        Plaintiffs,

-against-

MEGA BLOKS, INC. et al.,

        Defendants.

No. 06 Civ. 3474 (LTS)(GWG)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 7 2009

For the reasons stated by the Court on the record on April 24, 2009, Plaintiffs' motion in limine is denied in its entirety.  Defendants' motion in limine is granted in part and denied in part: Defendants' requests to strike the "Klein Report" and the "Feely MagNext Report"[1] are granted, and the remainder of Defendants' requests are denied.

This Order resolves docket entry nos. 175 and 178.

SO ORDERED.

Dated:    New York, New York
          April 27, 2009

LAURA TAYLOR SWAIN
United States District Judge

---

[1] The Court adopts the terminology employed by Defendants in the Corrected Memorandum of Law in Support of Mega Bloks' Motion in Limine to Strike Certain Expert Reports and for Sanctions (docket entry no. 182).